**Electronically Filed
Supreme Court
SCWC-15-0000201
30-APR-2018
02:04 PM**

SCWC-15-0000201

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

GREGORY I. SADO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000201; CR. NOS. 12-1-0825(1) and 14-1-0361(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Gregory I. Sado's

application for writ of certiorari filed on March 18, 2018, is

hereby rejected.

DATED: Honolulu, Hawai‘i, April 30, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

